JACOB STINER et al., Appellants, *v.* JOSEPH STINER et al., Respondents.

(Argued May 31, 1872; decided June 4, 1872.)

*John Graham* for the appellants.

*Ira Shafer* for the respondent.

AGREE to affirm; no opinion.
Reported below, 58 Barb., 643.